Clara Skolnik, appellant, v. Katherine Verran et al., defendants. Louis D. Glanz, appellee. Gen. No. 40,196.

Heard in the second division of this court for the first district at the June term, 1938. Opinion filed October 18, 1938.

Maurice H. Kamm and Julius J. Schwartz, for appellant. No appearance for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.